UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RICARDO W. EDMONDS,

       Petitioner,                     Case No. 1:18-cv-28

v.                                               Honorable Paul L. Maloney

SHANE JACKSON,

       Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated: February 22, 2018                 /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States Magistrate Judge