UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RICARDO W. EDMONDS,

       Petitioner,

v.

SHANE JACKSON,

       Respondent.

_____/

Case No. 1:18-cv-28

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of state-court remedies.

Dated: February 22, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge